IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON MCKEIVER,<br><br>          Petitioner,<br><br>v.<br><br>J.A. ECKHARD, THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br><br>          Respondents. | CIVIL ACTION<br>NO. 15-2337 |

## ORDER

**AND NOW**, this 30th day of September, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after a review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, as well as Petitioner's Objections to that report and Respondents' response thereto, it is hereby **ORDERED** as follows:

1. Petitioner's objections do not raise any argument that undermines the magistrate's conclusion that the petition is untimely.

2. The Report and Recommendation is **APPROVED and ADOPTED**.

3. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

4. Respondents' Motion for Dismissal of Untimely Petition for Writ of Habeas Corpus (Doc. #14) is **GRANTED**.

5. Respondents' Motion to Defer Further Response to the Petition pending the Court's Determination of the Timeliness of the Petition for Writ of Habeas Corpus (Doc. #15) is **DENIED AS MOOT**.

2

6. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**

<u>*s/s Jeffrey L. Schmehl*</u>
Jeffrey L. Schmehl, J.